DELMAT CORPORATION, ETC. v. MARIE KAHN.

July 21, 1978. Motion to dismiss the appeal as moot is granted. (See 75 *N. J.* 585)